**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES ANDERLOHR,** | ) | |
| | ) | **1:17-cv-00193-GJQ-RSK** |
| **Plaintiff,** | ) | |
| | ) | **Judge Quist** |
| v. | ) | **Magistrate Kent** |
| | ) | |
| **SOUTHWEST CREDIT SYSTEMS, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** January 2, 2018

| | |
|---|---|
| **For Plaintiff,** | **For Defendant,** |
| **James Anderlohr** | **Southwest Credit Systems, LP** |
| | |
| /s David M. Marco | /s with consent Charity A. Olson |
| SMITHMARCO, P.C. | Brock & Scott, PLLC |
| 55 W. Monroe Street, Suite 1200 | 2723 S. State St., Ste. 150 |
| Chicago, IL 60603 | Ann Arbor, MI 48104 |
| Telephone:  (312) 546-6539 | Telephone:  (734) 222-5179 |
| Facsimile:  (888) 418-1277 | Facsimile:  (866) 941-8712 |
| E-mail:  dmarco@smithmarco.com | E-mail:  Charity.Olson@brockandscott.com |